# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D17-2399

_____

ORANGE COUNTY BOARD OF
COUNTY COMMISSIONERS and
JOHNS EASTERN COMPANY, INC.,

    Appellant,

    v.

GINA YAEGER,

    Appellee.

_____

On appeal from Judge of Compensation Claims.
Thomas W. Sculco, Judge.

Date of Accident:  September 17, 2016

March 2, 2018

PER CURIAM.

    AFFIRMED.

B.L. THOMAS, C.J., and RAY and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Kristen L. Magana and Karen J. Cullen of Broussard, Cullen & Blastic, P.A., Orlando, for Appellant.

Wayne Johnson and Daniel DeCiccio of DeCiccio & Johnson, Maitland, for Appellee.